IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES G. REECE,

    Petitioner,                   No. CIV S-08-0488 FCD GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 19, 2008, the court granted petitioner thirty days to either pay the filing fee or file an affidavit to proceed in forma pauperis.  The court also order respondent to file a response to the petition within thirty days.

        On April 17, 2008, respondent filed a request for extension of time to file a response on grounds that petitioner had not yet filed an in forma pauperis application or paid the filing fee.  On April 21, 2008, petitioner filed his in forma pauperis application.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis is granted;

        2. Respondent's April 17, 2008, motion for extension of time is denied as unnecessary;

1

3. Respondent's response to the petition is due within twenty days of the date of this order.

DATED: 04/29/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ree488.ord